McBRIDE, Respondent, v. CHAMBERLAIN et al., Appellants.

(Supreme Court, General Term, Fifth Department.   October 20, 1893.)

Action by Richard P. McBride against Frank O. Chamberlain and Charles·
B. Lapham, as administrators, etc.
No opinion.   Judgment appealed from affirmed.

---

MEADS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   October 20, 1893.)

Action by Eulalia H. Meads, as administratrix, etc., against the New York
Central & Hudson River Railroad Company.
No opinion.   Order appealed from affirmed.

---

MONTGOMERY, Respondent, v. GUBELMANN et al., Appellants.

(Supreme Court, General Term, Fifth Department.   October 20, 1893.)

Action by Edwin W. Montgomery against William S. Gubelmann and Alice-
B. V. Field.
No opinion.   Judgment appealed from affirmed.

---

In re MORGAN'S WILL.

In re THORNTON.

(Supreme Court, General Term, Fifth Department.   October 20, 1893.)

In the matter of the judicial settlement of the accounts of Hiram Thornton,.
as trustee under the will of Mary Morgan, deceased.
No opinion.   Decree of the surrogate's court of Cayuga county affirmed, with
costs.